Robert J. WILKINSON, Appellant,

v.

UNITED STATES of America, Appellee.

No. 24338.

United States Court of Appeals, Ninth Circuit.

Oct. 29, 1970.

York,x5. S19 -L

M. Gene Matteucci, of Brown & Matteucci, Las Vegas, Nev., for appellant.

Bart Schouweiler, U. S. Atty., Las Vegas, Nev., for appellee.

Before BARNES, ELY and KILKENNY, Circuit Judges.

PER CURIAM:

In this 28 U.S.C. § 2255 proceeding, the appellant claims that he was mentally incompetent at the time of his plea of guilty to a Dyer Act violation on August 12, 1966.

The district court held a hearing on the issues presented and found that appellant was mentally competent at the time of the commission of the crime, at the time of the entry of the plea of guilty and imposition of sentence and at the time of the hearing in the district court. Our examination of the record convinces us that there is ample evidence to support these findings. Likewise, the record supports the trial judge's finding that the appellant, in open court, waived his right to have the charge presented to the grand jury.

Affirmed.[1]

Wilma S. BROWN, Appellant,

v.

Robert H. FINCH, Secretary of Health, Education and Welfare, Appellee.

No. 14337.

United States Court of Appeals, Fourth Circuit.

Argued Nov. 10, 1970.

Decided Nov. 12, 1970.

John Randolph Ingram, Asheboro, N. C., for appellant.

J. Howard Coble, Asst. U. S. Atty. (William L. Osteen, U. S. Atty., on the brief), for appellee.

Before HAYNSWORTH, Chief Judge, WINTER, Circuit Judge, and THOMSEN, District Judge.

PER CURIAM:

In this appeal from the district judge's review and affirmance of the Secretary's decision denying Social Security benefits, we affirm on the memorandum opinion of the district judge. A motion filed in this case alleging additional evidence is not, in our view, sufficient to warrant reopening the case.

Affirmed.

---

[1]. In reaching this conclusion, we have been compelled, independently, carefully to review the record. We invite the attention of appellant's appointed counsel to Harders v. California, 373 F.2d 839 (9th Cir. 1967).